UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SANCHEZ,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | No. 1:23-cv-01617-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 19) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

Respectfully submitted this 11th day of June, 2024.

                          PHILLIP A. TALBERT
                          United States Attorney

By:   *s/ Oscar Gonzalez de Llano*
        OSCAR GONZALEZ DE LLANO
        Special Assistant United States Attorney
        Attorneys for Defendant

Attorneys for Plaintiff

By:   */s/ Jonathan O. Peña \**
        Jonathan O. Peña
        Peña & Bromberg, PC
        *\*Authorized by email*

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 19) and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant. Further, the Clerk of Court is directed to terminate Plaintiff's motion for summary judgment (ECF No. 14) as no longer pending.

IT IS SO ORDERED.

Dated:   **June 12, 2024**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE